US DISTRICT COURT : SOUTHERN DISTRICT

| | |
|---|---|
| KARA ELIZABETH BLACK ON BEHALF OF HERSELF AND OTHERS SIMILARLY SITUATED IN THE PROPOSED FLSA COLLECTIVE ACTION<br><br>vs<br><br>*Plaintiff*<br><br>CAKOR RESTAURANT INC, BRIDGE CAFE INC, ISMET SUJAK AND SULTANIA SUJAK<br><br>*Defendant* | **INDEX #:** 1:22-CV-01447<br><br>**Date Filed:** 02/28/2022<br><br>**Client's File No.:** black vs. cakor |

## SECRETARY OF STATE - AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:
**Nathaniel Crespo**, being duly sworn, deposes and says:

Deponent is over the age of (18) years; deponent is not a party herein; that on **3/10/2022**, at **9:20 AM**, at the office of the Secretary of State of the State of New York located at 99 Washington Avenue, Albany, NY 12210, deponent served the annexed

**SUMMONS IN A CIVIL ACTION - COMPLAINT**

on: **BRIDGE CAFE INC** , Defendant in this action

By delivering to and leaving with **Sue Zouky** AUTHORIZED AGENT in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00 dollars; that said service was made pursuant to Section 306 BCL.

The Index No. and the date the action was filed were clearly marked and visible to the defendant. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: **Sex**: Female **Color of skin**: White **Color of hair**: Gray **Age**: 65 **Height**: 5ft 4in - 5ft 8in **Weight**: 100-130 **Other Features**:

Sworn to before me on 3/10/2022

DIANNE GONZALEZ
NOTARY PUBLIC, State of New York
No. 01GO6025621, Qualified in Queens County
Term Expires, August 3, 2023

Nathaniel Crespo

Job #: 1506054

*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*