**GOLDBERG AND WEINBERGER LLP**
**Attorneys at Law**

**630 Third Avenue, 18th Floor**
**New York, New York 10017**

Lewis Goldberg (N.Y., CT. & N.J.)      _____      OTHER OFFICE:
Stuart Weinberger (N.Y. & N.J.)                 REDDING, CT.

**TEL: (212) 867-9595**
**FAX: (212) 949-1857**

March 30, 2022

*Via ECF*

Hon. Judge Valerie E. Caproni
U.S. District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

        Re:      *Black v. Cakor Restaurant, et al ,*
                    *Index No.: 22-CV-1447*

Dear Hon. Judge Caproni:

      This office represents the Defendants in this action, and I'm writing to respectfully request an extension of time for of the deadline to respond to the complaint that was filed in this case. The current deadline for Defendants Cakor Restaurant and Bridge Café, Inc., is tomorrow, March 31, 2022. I am aware of Your Honor's Individual Rules which state that all requests for an extension must be submitted 48 hours before the expiration of the deadline. However, our office was just formally retained by the Defendants yesterday.

      This is the first request for an extension of the deadline. If granted, the new deadline would be April 29, 2022. I have spoken to Mr. Jason Mizrahi, Esq., counsel for Plaintiff, and he consents to this request. Should the court grant this request, no future deadlines would be affected.

      Thank you for your time and consideration regarding this matter.

               Very truly yours,

               _____/S/_____
               Stuart Weinberger

CC:     *VIA ECF*
        *Counsel for all parties*