UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
KARA ELIZABETH BLACK, *on behalf of herself and others similarly situated in the proposed FLSA Collective Action,*

                        Plaintiff,                              **22-CV-01447 (VEC)**

                                                          **NOTICE OF MOTION TO
WITHDRAW AS COUNSEL**

        -against-

CAKOR RESTAURANT, INC., BRIDGE CAFÉ, INC.,
ISMET SUJAK, and SULTANIA SUJAK

                          Defendants.
-------------------------------------------------------------------------X

        **PLEASE TAKE NOTICE**, that Goldberg and Weinberger LLP and Tilton Beldner LLP, attorneys of record for Defendants Cakor Restaurant, Inc., Bridge Café, Inc., Ismet Sujak, and Sultania Sujack, shall move this Court, on a date and at such time as the Court may designate, at 40 Foley Square, New York, NY, 10007, before the Honorable Valerie E. Caproni, United States District Judge, pursuant to Local Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order that: (1) permits the firms to withdraw as counsel for Defendants, effective immediately upon the issuance of the requested Order; (2) and for a stay of all proceedings, including Defendants' deadline to Answer or otherwise respond to Plaintiff's Complaint, and Defendants deadline to respond to Plaintiff's motion until July 29, 2022, during which time Defendants may seek replacement counsel.

Dated: New York, NY
      June 21, 2022

*Stuart Weinberger*
Stuart Weinberger, Esq.
Goldberg and Weinberger LLP
630 Third Avenue, 18th Floor
New York, NY 10017
P: (212) 867-9595
F: (212) 949-1857

CC:    VIA ECF
       Jason Mizrahi, Esq
       Levin-Epstein & Associates, P.C.
       60 East 42nd Street, Suite 4700
       New York, NY 10165

CC:    VIA USPS
       All Defendants