**MEMO ENDORSED**

**GOLDBERG AND WEINBERGER LLP**
**Attorneys at Law**

**630 Third Avenue, 18ᵗʰ Floor**
**New York, New York 10017**

Lewis Goldberg (N.Y., CT. & N.J.)                    OTHER OFFICE:
Stuart Weinberger (N.Y. & N.J.)        _____        REDDING, CT.

**TEL: (212) 867-9595**
**FAX: (212) 949-1857**

June 17, 2022

*Via ECF*

Hon. Judge Valerie E. Caproni
U.S. District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_ 6/23/2022 ___
```

        Re:      *Black v. Cakor Restaurant, et al ,*
                *Index No.: 22-CV-1447*

Dear Hon. Judge Caproni:

    This office is co-counsel in our representation of the Defendants in this action. I am writing to notify the court that my firm, as well co-counsel for Defendants, Josh Beldner of Tilton Beldner LLP will be filing a motion to withdraw at attorneys for Defendants in this case, pursuant to Local Rule 1.4, within the next few days. The details of our reasons for filing the motion to be relieved of counsel will be contained in the motion.

    In light of the foregoing, we respectfully request that Defendants be granted an extension of time to file a response to Plaintiff's motion for a preliminary injunction and motion to amend the complaint, which was filed June 16, 2022 (Dkt. 18-22.), as well as time to file an answer to initial complaint, which is currently due on June 23, 2022. The current deadline for the filing of Defendants response to the motion is June 30, 2022. We respectfully request that the deadline for Defendants response to the motion be extended until July 29, 2022. Defendants further request that the time to answer the complaint be extended until July 29, 2022 as well. The reason for the request is that in the event this court grants our request to withdraw as counsel, Defendants will have time to obtain new counsel and to respond to Plaintiff's motion as well as to answer the complaint as they deem appropriate. This is Defendants' first request for an extension. We have conferred with Mr. Jason Mizrahi, counsel for Plaintiff, and Plaintiff does not take a position with respect to this request.

    Thank you for your time and consideration regarding this matter.

1

Very truly yours,

_____/S/_____
Stuart Weinberger

*CC:*  *VIA ECF*
    *Counsel for all parties*

---

Application GRANTED in part.  By no later than **June 30, 2022**, Defendants must show cause why the motion for withdrawal should not be granted.  Counsel for Defendants must serve a copy of this endorsement on Defendants and file proof of service by no later than **June 27, 2022.**  All deadlines and hearings in this case are STAYED until further order from the Court.

 SO ORDERED.

Date: 6/23/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE