```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/5/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
KARA ELIZABETH BLACK, on behalf of       :
herself and others similarly situated in the  :
proposed FLSA Collective Action,              :
                                              :
                       Plaintiff,   :     22-CV-1447 (VEC)
        -against-                             :
                                              :          ORDER
CAKOR RESTAURANT, INC., BRIDGE CAFÉ, :
INC., ISMET SUJAK, and SULTANIA SUJAK,  :
                                              :
                      Defendants.   :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 16, 2022, Plaintiff moved for a preliminary injunction and to amend the complaint, *see* Dkt. 18;

WHEREAS Defendants sought an extension to Defendants' deadline to respond to Plaintiff's motion, and Defendants' counsel notified the Court of its intention to withdraw as counsel, *see* Dkts. 24, 25;

WHEREAS on June 23, 2022, the Court stayed all deadlines in this case pending a decision on Counsel's motion to withdraw and ordered Defendants to show cause why the motion should not be granted, *see* Dkt. 29; and

WHEREAS on June 29, 2022, new counsel entered an appearance on behalf of Defendants, *see* Dkt. 31.

IT IS HEREBY ORDERED that the motion for Stuart Alan Weinberger of Goldberg and Weinberger LLP, and Joshua Sam Beldner of Tilton Beldner LLP, to withdraw as Defendants' counsel is hereby GRANTED.

2

IT IS FURTHER ORDERED that Defendants' deadline to respond to Plaintiff's motion to amend the complaint and for a preliminary injunction is extended to **July 29, 2022**; Plaintiff's deadline to reply is **August 5, 2022**.

**SO ORDERED.**

**Date: July 5, 2022**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**