**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/23/2022

**TRIVELLA & FORTE, LLP**
Attorneys at Law
1311 Mamaroneck Avenue, Suite 170
White Plains, New York 10605
(914) 949-9075

November 17, 2022

**VIA ECF:**

Hon. Valerie E. Caproni
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: Black v. Cakor Restaurant, Inc., et al., SDNY 22-cv-1447(VEC)

Dear Judge Caproni:

    This office represents Defendants Cakor Restaurant, Inc., Ismet Sujak and Sultani Sujak. These Defendants respectfully request an extension of time to file a response to the Complaint to twenty days after the Court decides the Plaintiff's pending motion for leave to file an amended complaint (ECF No. 18). Plaintiff's counsel consents to the extension. The extension prevents these Defendants from having to incur the expense of responding to the original complaint and then, if the Court grants the motion, having to respond to the Amended Complaint. This is the second request for an extension to file an answer. The first request was granted pending mediation.

    No prejudice to any party or excessive delay to the Court's calendar results from the extension of time. No other deadlines are required to be changed if this motion is granted.

    Thank you for the Court's kind attention to this matter. Please notify this office of the Court's decision.

Respectfully submitted,

TRIVELLA & FORTE, LLP

***Christopher Smith***

Christopher Smith

cc: Eunon Jason Mizrahi, Esq./ Joshua Levin-Epstein, Esq. (Plaintiff's counsel) (via ECF).

---

Application GRANTED.

SO ORDERED.

*[signature]* Date: 11/23/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE