```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
KARA ELIZABETH BLACK, on behalf of
herself and others similarly situated in the
proposed FLSA Collective Action,

          Plaintiff,   22-CV-1447 (VEC)

    -against-

                ORDER

CAKOR RESTAURANT, INC., BRIDGE CAFÉ,
INC., ISMET SUJAK, and SULTANIA SUJAK,

         Defendants.
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

  WHEREAS on December 15, 2022, the Court granted Plaintiff's motion to file an amended complaint and for a preliminary injunction, *see* Dkt. 41;

  WHEREAS the Court ordered Plaintiff to file her Amended Complaint pursuant to the Undersigned's Individual Practices by no later than December 19, 2022, *see id.*; and

  WHEREAS to-date, Plaintiff has not filed her Amended Complaint.

  IT IS HEREBY ORDERED that Plaintiff must file the Amended Complaint on the docket by no later **December 23, 2022**, or else show cause why case should not be dismissed for failure to prosecute.

**SO ORDERED.**

Date: December 21, 2022           _____
    New York, New York             **VALERIE CAPRONI**
                         **United States District Judge**