**TRIVELLA & FORTE, LLP**
**Attorneys at Law**
1311 Mamaroneck Avenue, Suite 170
White Plains, New York 10605
(914) 949-9075

January 10, 2023

<u>**VIA ECF:**</u>

MEMORANDUM ENDORSED

Magistrate Judge Gabriel W. Gorenstein
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Black v. Cakor Restaurant, Inc., et al.*, SDNY 22-cv-1447(VEC)-request to hold January 30, 2023 2:30 p.m. settlement conference virtually via Teams or Zoom

Dear Judge Gorenstein:

This office represents Defendants Cakor Restaurant, Inc., Ismet Sujak and Sultani Sujak. These Defendants respectfully request the Court grant permission to hold the January 30, 2023 2:30 p.m. settlement conference virtually via Teams or Zoom. I contacted Plaintiff's counsel and they take no position regarding this application. A virtual appearance via Teams or Zoom avoids this firm having to bill Defendants for traveling to the Southern District Courthouse from Westchester, is more convenient for all parties, and also avoids the health risks associated with in-person appearances.

No prejudice to any party results from granting the application.

Thank you for the Court's kind attention to this matter. Please notify this office of the Court's decision.

The request to hold the settlement conference by video is granted. The defendants shall arrange for a Zoom conference and shall email the information for login to the same email address appearing in Docket #53.

Respectfully submitted,

TRIVELLA & FORTE, LLP

*Christopher Smith*

Christopher Smith

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
January 11, 2023

cc: Eunon Jason Mizrahi, Esq./ Joshua Levin-Epstein, Esq. (Plaintiff's counsel) (via ECF).