**TRIVELLA & FORTE, LLP**
**Attorneys at Law**
1311 Mamaroneck Avenue, Suite 170
White Plains, New York 10605
(914) 949-9075

January 27, 2023

**VIA email GorensteinSettlement@nysd.uscourts.gov:**

Magistrate Judge Gabriel W. Gorenstein
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Black v. Cakor Restaurant, Inc., et al.*, SDNY 22-cv-1447(VEC)- **"Confidential Material For Use Only at Settlement Conference"**

Dear Judge Gorenstein:

  This office represents Defendants Cakor Restaurant, Inc., Ismet Sujak and Sultanija Sujak (incorrectly listed in the Amended Complaint as Sultani Sujak). Defendants submit this letter pursuant to paragraph 8 of the Standing Order Applicable to Settlement Conferences Before Judge Gorenstein to request a change in the settlement conference date from Monday January 30, 2023 2:30PM to a date within 45 days. As of yesterday, the Plaintiff's counsel did not consent to adjourning the settlement conference. As of yesterday, counsel were still meeting and conferring and exchanging documentation regarding pre-settlement conference discovery. Adjourning Monday's conference will allow additional meet and confer sessions between counsel and may make the settlement conference more fruitful. Per the Court's Standing Order, I contacted the Court and determined 2/27/23 is available for the Court to conduct the conference. While this office can do that date, we need to check Plaintiff's counsel's availability.

  Thank you for the Court's kind attention to this matter. Please notify this office of the Court's decision.

            Respectfully submitted,

            TRIVELLA & FORTE, LLP

            */s/Christopher Smith*
            Christopher Smith

cc: Eunon Jason Mizrahi, Esq./Joshua Levin-Epstein, Esq. (Plaintiff's counsel) (via ECF).