# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792.0048 • E: Jason@levinepstein.com

**MEMO ENDORSED**

May 16, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/16/2023

*Via ECF*
Hon. Valerie E. Caproni, U.S.D.J.
United States District Court, Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Black v. Cakor Restaurant, Inc. et al*
**Case No.: 22-cv-01447-VEC**

Dear Honorable Judge Caproni:

    This law firm represents Plaintiff Kara Elizabeth Black (the "Plaintiff" or "Black") in the above-referenced action. This letter is submitted jointly with counsel for Defendants Defendants Bridge Café Inc., Cakor Restaurant, Inc., Cakor Restaurant Corp. (collectively, the "Corporate Defendants"), Ismet Sujak and Sultania Sujak (the "Individual Defendants", collectively, the "Defendants").

    Pursuant to Your Honor's Individual Motion Practice Rule 2(C),, the following joint letter respectfully serves to request: (i) a re-referral to the Honorable Magistrate Judge Gabriel W. Gorenstein, for the purposes of scheduling a settlement conference; and (ii) an adjournment of the May 19, 2023 in-person pre-trial conference, to a date and time following the conclusion of the settlement conference.

    This is the first request of its nature, and is made jointly with counsel for Defendants. As set forth more fully in the parties May 12, 2023 joint status report [Dckt. No. 60], the parties respectfully wish to exhaust the possibility of alternative dispute resolution, before preparing for a trial.

    Thank you, in advance, for your attention to the foregoing.

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: */s/ Jason Mizrahi*
    Jason Mizrahi
    60 East 42nd Street, Suite 4700
    New York, NY 10165
    Tel. No.: (212) 792-0048
    Email: Jason@levinepstein.com
    *Attorneys for Plaintiff*

---

Application DENIED. The pre-trial conference scheduled for May 19, 2023, will take place as scheduled. To reschedule the settlement conference, the parties may, per Judge Gorenstein's order at docket entry 58, file a letter on ECF directed to Judge Gorenstein. The parties must provide a joint update to the Court on the status of settlement within one week of the conference or by no later than **June 30, 2023**, whichever is earlier.

SO ORDERED.

*[signature]*      Date: 5/16/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE