USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/19/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
KARA ELIZABETH BLACK, on behalf of
herself and others similarly situated in the
proposed FLSA Collective Action,

                                Plaintiff,

      -against-

CAKOR RESTAURANT, INC., BRIDGE CAFÉ,
INC., ISMET SUJAK, and SULTANIA SUJAK,

                              Defendants.
------------------------------------------------------------- X

22-CV-1447 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on May 19, 2023, the parties appeared for a post-discovery conference.

    IT IS HEREBY ORDERED that, as discussed at the hearing, Plaintiff's deadline to move for default judgment against Bridge Café, Inc. is **May 31, 2023**.

    IT IS FURTHER ORDERED that jury selection and trial will begin on **Monday, August 7, 2023**. Motions *in limine* are due no later than **June 2, 2023**; responses are due **June 16, 2023**.

    IT IS FURTHER ORDERED that the Joint Pretrial Order shall be due no later than **June 30, 2023**, and shall conform to the Undersigned's Individual Practices. A Final Pre-trial Conference will be held on **Friday, July 28, 2023 at 2:00 p.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date: May 19, 2023
       New York, New York

                                            **VALERIE CAPRONI**
                                            **United States District Judge**