```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/2/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
KARA ELIZABETH BLACK, on behalf of            :
herself and others similarly situated in the       :
proposed FLSA Collective Action,                      :
                                                                            :
                                            Plaintiff,          :       22-CV-1447 (VEC)
                       -against-                                  :
                                                                            :       ORDER
CAKOR RESTAURANT, INC., BRIDGE CAFÉ,  :
INC., ISMET SUJAK, and SULTANIA SUJAK, :
                                                                            :
                                            Defendants.     :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 19, 2023, Plaintiff was ordered to move for default judgment against Bridge Café, Inc. by no later than May 31, 2023, Dkt. 65;

WHEREAS on May 30, 2023, Plaintiff filed a proposed certificate of default, *see* Dkts. 66–67; and

WHEREAS the Clerk of Court rejected the certificate of default and accompanying affirmation as deficient.

IT IS HEREBY ORDERED that, in light of the deficient filing, Plaintiff must re-file for default judgment by no later than **June 9, 2023**.

**SO ORDERED.**

**Date:  June 2, 2023**                                                 _____
**           New York, New York**                                       **VALERIE CAPRONI**
                                                                                        **United States District Judge**