USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
KARA ELIZABETH BLACK, on behalf of　　　　:
herself and others similarly situated in the　　　:
proposed FLSA Collective Action,　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　Plaintiff,　　　:　　　22-CV-1447 (VEC)
　　　　　　　-against-　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:　　　ORDER
CAKOR RESTAURANT, INC., BRIDGE CAFÉ,　:
INC., ISMET SUJAK, and SULTANIA SUJAK,　:
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　Defendants.　　:
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

　　　WHEREAS on May 19, 2023, the Court ordered the parties to submit a Joint Pretrial Order ("JPTO") by no later than June 30, 2023, if the parties had not yet settled the action by that date, *see* Dkt. 65; and

　　　WHEREAS on June 29, 2023, counsel for Defendants Cakor Restaurant, Inc., Ismet Sujak, and Sultania Sujak filed a motion to withdraw as counsel and requested that certain documents in connection with the motion be filed under seal, *see* Dkts. 74–77.[1]

　　　IT IS HEREBY ORDERED that Defendants must show cause why the Court should not grant counsel's motion to withdraw by no later than **July 12, 2023**. Counsel for Defendants must serve a copy of this Order on Defendants and file proof of service by no later than **July 6, 2023**.

　　　IT IS FURTHER ORDERED that the motion to seal at docket entry 74 is GRANTED.

---

[1] Defendant Bridge Café, Inc. has not appeared in this matter. Plaintiff's deadline to move for default judgment against Bridge Café, Inc. remains July 28, 2023. *See* Dkt. 72.

IT IS FURTHER ORDERED that all deadlines in this case, except for Plaintiff's deadline to move for default judgment against Defendant Bridge Café, Inc., *see infra* n.1, are STAYED until further order from the Court.

The Clerk of Court is respectfully directed to terminate the open motion at docket entry 74.

**SO ORDERED.**

Date:  June 30, 2023
       New York, New York

_____
VALERIE CAPRONI
United States District Judge